IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JOSHUA SENDEROV JACKSON ,

      Defendant.
_____/

2:04-cr-00181-01 FCD

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSHUA SENDEROV JACKSON, Case No. 2:04-cr-00181-01 FCD, Charge 18 U.S.C. 3606, from custody pursuant to the Probation Petition Order filed July 9, 2007 dismissing the Violation Petition filed June 1, 2007:

    __X__   Release on Personal Recognizance

    _____   Bail Posted in the Sum of $ [ ]

           _____   Unsecured Appearance Bond

           _____   Appearance Bond with 10% Deposit

1     ___ Appearance Bond with Surety

2     ___ Corporate Surety Bail Bond

3     ___ (Other)

4   Issued at Sacramento, CA on July 9, 2007 at 3:51 p.m.

6 Dated: July 9, 2007

8 _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

26 JACKSON JOSHUA OrderForReleaseofPersonInCustody.wpd    2